**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7245**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

MICHAEL MALONE ROSENBURGH,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior
District Judge.  (7:06-cr-00641-HMH-1)

Submitted:  October 20, 2009          Decided:  October 27, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Malone Rosenburgh, Appellant Pro Se.  Regan Alexandra
Pendleton, Assistant United States Attorney, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Malone Rosenburgh appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). The district court found Rosenburgh was not eligible for a reduction under U.S. Sentencing Guidelines Manual App. C. Amend. 706 (2007), which lowered the base offense levels for drug offenses involving cocaine base. Because Rosenburgh was sentenced on the basis of his status as a career offender, he was not entitled to a reduction pursuant to Amendment 706, so the district court did not abuse its discretion in denying Rosenburgh's motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED